1  DOUGLAS A. WINTHROP (Bar No. 183532)
   douglas.Winthrop@arnoldporter.com
2  JOSEPH FARRIS (Bar No. 263405)
   joseph.Farris@arnoldporter.com
3  ANUSHKA PARIHAR (No. 366286)
   anushka.parihar@arnoldporter.com
4  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
5  San Francisco CA  94111-4024
   Telephone: (415)-471-3100
6  Facsimile:  (415)-471-3400

7  ALLYSON MYERS (Bar No. 342038)
   ally.myers@arnoldporter.com
8  MICHELLE BAN (No. 361012)
   michelle.ban@arnoldporter.com
9  **ARNOLD & PORTER KAYE SCHOLER LLP**
   777 S. Figueroa St. 44th Floor
10 Los Angeles, CA 90017
   Telephone: (213)-243-4000
11 Facsimile:  (213)-243-4199

12 *Attorneys for Defendant Adobe, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH LYON, individually and on behalf of similarly situated individuals,<br><br>                         Plaintiff,<br>          v.<br><br>ADOBE INC., a Delaware corporation,<br><br>                         Defendant. | Case No. 3:25-CV-10732-JSC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LR 3-12(b) AND 7-11(a)**<br><br>Dept.: Courtroom 8 – 19th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Date Filed: December 16, 2025<br><br>Trial Date: Not yet set |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:25-cv-10732-JSC

Pursuant to Local Rules 3-12(b) and 7-11(a), Defendant Adobe Inc. ("Adobe") respectfully submits this Unopposed Administrative Motion to Consider Whether Cases Should be Related, and respectfully requests that this Court find that the instant action, *Lyon v. Adobe Inc.*, Case No. 5:25-cv-10732-JSC (filed December 16, 2025), is related to the following case: *Kleiner v. Adobe Inc.*, Case No. 5:26-cv-01218-EKL (filed February 9, 2026) ("*Kleiner*"). Counsel for Adobe conferred with counsel for the respective Plaintiffs in this action and in *Kleiner*. Counsel for Plaintiffs in both actions represented that they do not oppose the relief sought in this motion. Declaration of Joseph Farris ¶¶ 2–3.

Civil Local Rule 3-12(a) provides that actions are related when "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

*Kleiner* is related to the instant action because it involves similarly-situated plaintiffs asserting the same cause of action against the same defendant based on the same set of events and factual allegations, and seeks the same relief. Adobe is the sole Defendant in both actions. In both cases, the Plaintiffs are book authors who allege a single claim of direct copyright infringement under 17 U.S.C. § 501 based on Adobe's alleged use of the "SlimPajama" dataset to train small language models referred to as "SlimLM." *Compare* ECF No. 1 ¶¶ 5, 20–27 *with Kleiner*, ECF No. 1 ¶¶ 5, 42, 50–53. In both cases, Plaintiffs allege that the SlimPajama dataset contained their copyrighted works. *Compare* ECF No. 1 ¶ 25 *with Kleiner*, ECF No. 1 ¶¶ 51–52. Finally, the Plaintiffs in both cases purport to assert copyright infringement on behalf of classes that are defined in overlapping terms. ECF No. 1 ¶ 29; *Kleiner*, ECF No. 1 ¶ 64. The Plaintiffs in both cases seek the same types of relief, including certification of proposed classes, an award of statutory and other damages plus attorney's fees and costs, and injunctive and declaratory relief. *Compare* ECF No. 1 at 9 *with Kleiner*, ECF No. 1 at 17–18.

Because the two cases involve the same parties, causes of action, and factual issues, conducting the cases before different judges would cause "an unduly burdensome duplication of labor and expense" and create a risk of "conflicting results." L.R. 3-12. The cases will raise

common legal issues and overlapping discovery. Thus, judicial economy and efficiency weigh in favor of relating the case. Adobe respectfully requests that the Court enter an order designating the instant case and *Kleiner* as related.

Dated: March 9, 2026

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Joseph Farris*
Douglas Winthrop
Joseph Farris
Ally Myers
Michelle Ban
Anushka Parihar
*Attorneys for Defendant*

1  DOUGLAS A. WINTHROP (No. 183532)
   douglas.winthrop@arnoldporter.com
2  JOSEPH FARRIS (No. 263405)
   joseph.farris@arnoldporter.com
3  ANUSHKA PARIHAR (No. 366286)
   anushka.parihar@arnoldporter.com
4  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
5  San Francisco CA  94111-4024
   Telephone: (415) 471-3100
6  Facsimile:  (415) 471-3400

7  ALLYSON MYERS (No. 342038)
   ally.myers@arnoldporter.com
8  MICHELLE BAN (No. 361012)
   michelle.ban@arnoldporter.com
9  **ARNOLD & PORTER KAYE SCHOLER LLP**
   777 S. Figueroa St. 44th Floor
10 Los Angeles, CA 90017
   Telephone: (213) 243-4000
11 Facsimile:  (213) 243-4199

12 *Attorneys for Defendant Adobe Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH LYON, individually and on behalf of similarly situated individuals,<br><br>        Plaintiff,<br><br>   v.<br><br>ADOBE INC., a Delaware corporation,<br><br>        Defendant. | Case No. 3:25-CV-10732-JSC<br><br>**DECLARATION OF JOSEPH FARRIS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Joseph Farris, declare and state:

1. I am an attorney admitted to the bar of the United States District Court for the Northern District of California. I am one of the attorneys for Plaintiffs. My business address is 3 Embarcadero Center, 10th Floor, San Francisco, CA 94111.

2. On Friday, March 6, 2026, I emailed Plaintiff's counsel, Mr. David Gerbie of McGuire Law, P.C. I advised Mr. Gerbie of the substance of the Motion to Relate and asked if Plaintiff would stipulate to the motion. On Monday, March 9, 2026, Mr. Gerbie indicated that Plaintiff would not oppose the relief sought, but declined to file a stipulated motion.

3. On Friday, March 6, I emailed Mr. L. Timothy Fisher, who is counsel for the Plaintiff in *Kleiner v. Adobe Inc.*, Case No. 5:26-cv-01218. I advised Mr. Fisher of the substance of the Motion to Relate and asked whether the Plaintiff in that action would oppose the motion. On Monday, March 9, 2026, Mr. Fisher responded that they did not intend to oppose the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of March, 2026, at San Francisco, California.

Dated: March 9, 2026

Respectfully submitted,

  /s/ Joseph Farris
Joseph Farris

-2-
DECLARATION OF JOSEPH FARRIS ISO ADMIN MOTION TO CONSIDER CASES RELATED
Case No. 3:25-cv-10732-JSC

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| ELIZABETH LYON, individually and on behalf of similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ADOBE INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. 3:25-CV-10732-JSC<br><br>[~~PROPOSED~~] ORDER REGARDING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Judge Jacqueline Scott Corley |
|---|---|

**[PROPOSED] ORDER DEEMING CASES RELATED**

Defendant Adobe Inc. filed an Unopposed Administrative Motion to Consider Whether Cases Should Be Related Under Local Rule 3-12(b).

Good cause having been shown, IT IS HEREBY ORDERED THAT *Kleiner v. Adobe Inc.*, Case No. 5:26-cv-01218-EKL is related to *Lyon v. Adobe Inc.*, Case No. 5:25-CV-10732-JSC.

Pursuant to Civil Local Rule 3-12(f), the Clerk of Court is directed to reassign the later-filed action to the undersigned. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

**IT IS SO ORDERED.**

Dated: March 11, 2026

HON. JACQUELINE SCOTT CORLEY
United States District Judge