UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH LYON, et al.,

         Plaintiffs,

    v.

ADOBE INC.,

         Defendant.

Case No.  25-cv-10732-JSC

**ORDER RELATING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 37

Defendant's unopposed administrative motion to relate *Tanzer v. Adobe, Inc.*, 26-4712 HSG to this consolidated action (Dkt. No. 37) is GRANTED.  *Tanzer* shall be reassigned to the undersigned judge.  In light of this order, the initial case management conference scheduled for June 17, 2026 is continued to July 1, 2026 at 2:00 p.m. via Zoom video.  An updated joint case management conference statement that includes all parties shall be filed by June 24, 2026 and should include whether all parties agree *Tanzer* shall be consolidated with this action, as well as a proposed case caption for the consolidated action.

This Order disposes of Docket No. 37.

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California