UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH LYON, et al.,

          Plaintiffs,

    v.

ADOBE INC.,

          Defendant.

Case No.  25-cv-10732-JSC

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO CONSOLIDATE**

Re: Dkt. No. 43

Pending before the Court is Plaintiffs' motion to consolidate this action with *Tanzer v. Adobe, Inc.*, No. 3:26-cv-04712-JSC and to appoint interim class counsel.  (Dkt. No. 43.) Plaintiffs filed the motion on June 19, 2026, and inexplicably set a hearing date for June 25, 2026, just six days later, in violation of this District's Local Rules.  *See* N.D. Cal. Civ. L.R. 7-2(a) ("Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, […] all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion.")  Plaintiffs also did not seek an Order shortening the time proscribed by Local Rule 7-2(a).  *See id.* L-R 6-1(b).  Accordingly, the Court VACATES the June 25, 2026 hearing.

Further, the motion does not address whether Defendant consents to consolidation and/or has a position on interim counsel.  So, Plaintiffs shall meet and confer with Defendant and by June 26, 2026, file a declaration attesting to Defendant's position on Plaintiffs' motion.

    **IT IS SO ORDERED.**

Dated: June 22, 2026

_____

JACQUELINE SCOTT CORLEY
United States District Judge